Elias Hackner, Appellant, v. Allen Van Wyck et al., Appellees.

Gen. No. 42,623.

opinion filed December 13, 1944; released for publication January 4, 1945. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Andrew J. Dallstream, Mayer, Meyer, Austrian & Platt, Thomas C. Strachan, Jr., George F. Callaghan, Beach, Fathchild & Scofield, Charles C. LeForgee and Daily, Dines, White & Fiedler, for certain appellees; Francis L. Daily and Donovan Y. Erickson, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.